**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALLAN SILBER,<br><br>    *Plaintiff*,<br><br>vs.<br><br>FAMILY ENDOWMENT PARTNERS, LP, MIP GLOBAL, INC., and LEE D. WEISS,<br><br>    *Defendants* | Docket No.: 1:15-CV-11787-IT |

**JOINT STATEMENT REGARDING PLAINTIFF'S UNOPPOSED MOTION**
**FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to this Court's Order of January 29, 2016 (Document No. 30), Plaintiff Allan Silber ("Silber") and defendants Family Endowment Partners, LP, MIP Global, Inc. and Lee D. Weiss (collectively the "Parties") hereby respond to the Court's request on whether the Court should defer ruling on Plaintiff's Motion for Summary Judgment against Family Endowment Partners, LP on Counts I and II ("the Motion").  The parties hereby represent that they are, in good faith, still engaged in confidential settlement negotiations and respectfully request the Court to defer ruling on the Motion until March 28, 2016. The Parties anticipate that their settlement efforts will be finalized before or by March 28, 2016 and that no additional Court resources will be needed.

1

Dated: February 6, 2016

Respectfully Submitted,

| | |
|---|---|
| /s/ *David M. Belcher* | /s/ *Nicole E Forbes* |
| David M. Belcher (BBO 636680) | Lee T. Gesmer (BBO#190260) |
| Christine R. Fitzgerald (BBO 637906) | Charles F. Rodman (BBO#641216) |
| Belcher Fitzgerald LLP | Nicole E. Forbes (BBO#674022) |
| Two Oliver Street, Suite 302 | Gesmer Updegrove LLP |
| Boston, Massachusetts 02110 | 40 Broad Street |
| Telephone: (617) 368-6890 | Boston, Massachusetts 02109 |
| Facsimile: (617) 368-6891 | Telephone: (617) 350-6800 |
| dbelcher@belcherfitzgerald.com | Facsimile: (617) 350-6878 |
| cfitzgerald@belcherfitzgerald.com | lee.gesmer@gesmer.com |
| | chuck.rodman@gesmer.com |
| | nicole.forbes@gesmer.com |
| *Counsel for Plaintiff Allan Silber* | |
| | *Counsel for Family Endowment Partners, LP, MIP Global, Inc. and Lee D. Weiss* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2016 I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/*Nicole E. Forbes*
      Nicole E. Forbes

920413.1