# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN SILBER,<br><br>    *Plaintiff*,<br><br>vs.<br><br>FAMILY ENDOWMENT PARTNERS, LP, MIP GLOBAL, INC., and LEE D. WEISS,<br><br>    *Defendants* | Docket No.: 1:15-CV-11787-IT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Allan Silber, hereby stipulates to the dismissal of all claims against defendants, Family Endowment Partners, LP, MIP Global, Inc., and Lee D. Weiss with each party to bear his or its own fees and costs.

Dated: March 31, 2016

Respectfully Submitted,

/s/ *David M. Belcher*
David M. Belcher (BBO 636680)
Christine R. Fitzgerald (BBO 637906)
Belcher Fitzgerald LLP
Two Oliver Street, Suite 302
Boston, Massachusetts 02110
Telephone: (617) 368-6890
Facsimile: (617) 368-6891
dbelcher@belcherfitzgerald.com
cfitzgerald@belcherfitzgerald.com

*Counsel for Plaintiff Allan Silber*

/s/ *Nicole E. Forbes*
Lee T. Gesmer (BBO#190260)
Charles F. Rodman (BBO#641216)
Nicole E. Forbes (BBO#674022)
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109
Telephone: (617) 350-6800
Facsimile: (617) 350-6878
lee.gesmer@gesmer.com
chuck.rodman@gesmer.com
nicole.forbes@gesmer.com

*Counsel for Family Endowment Partners, LP, MIP Global, Inc. and Lee D. Weiss*

926640.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2016 I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                         /s/ *David M. Belcher*
                                                       David M. Belcher